IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARLANDER HAMPTON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1]
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.                                  Case No. 06-cv-477-DRH

## ORDER

**HERNDON, District Judge:**

        On June 28, 2006, plaintiff Arlander Hampton filed this action against the Commissioner of Social Security (Doc. 2.) Specifically, Plaintiff sought judicial review of the findings and determinations of the Commissioner denying his application for Supplement Security Income (SSI) under Title XVI of the Social Security Act. **42 U.S.C. § 1381(a)**. On July 5, 2007, pursuant to **28 U.S.C. § 636(b)(1)(B)**, United States Magistrate Judge Clifford Proud submitted a Report and Recommendation ("R&R") (Doc. 20) recommending that the Court grant Plaintiff's request to reverse the Commissioner's final decision and further recommends that the Court remand the matter to the agency for rehearing and reconsideration of the

---

[1] As the R&R states, Astrue was sworn in as the Commissioner of Social Security on February 12, 2007 and is substituted herein as defendant, pursuant to **FED. R. CIV. P. 25(d)**.

evidence, pursuant to sentence four of **42 U.S.C. § 405(g)**.

The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review.  ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Thus, the Court **ADOPTS** the R&R in its entirety. The decision of the Commissioner denying Plaintiff's application for SSI is, pursuant to sentence four of **42 U.S.C. § 405(g)**, hereby **REVERSED** and **REMANDED** back to the agency for rehearing and reconsideration of evidence, consistent with the issues addressed in the R&R.

**IT IS SO ORDERED.**

Signed this 3rd day of August, 2007.

/s/          David   RHerndon
**United States District Judge**