IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**ARLANDER HAMPTON,**

    **Plaintiff,**

**-vs-**                                                                  No.  06-CV-477 DRH

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Clifford J. Proud.

      **IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the agency is **REVERSED** and this case is **REMANDED** to the agency for rehearing and reconsideration of evidence.

                                                                     **NORBERT G. JAWORSKI, CLERK**

August 7, 2007.                                              By: s/Patricia Brown
                                                                       Deputy Clerk

APPROVED:  /s/    David   RHerndon
                      **U.S. DISTRICT JUDGE**